People of the State of Illinois, Plaintiff-Appellee, v. Ernest Thompson, Defendant-Appellant.

Gen. No. 50,700. (Abstract of Decision.)

First District, Second Division.

November 4, 1966.

Dallin H. Oaks, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. Roger Horsky, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE.
Not to be published in full.